UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOE E. HUDSON, | | Case No. 3:23-cv-00080-ART-CSD |
| | Petitioner, | ORDER |
| v. | | |
| JEREMY BEAN, | | |
| | Respondent. | |

This habeas matter is before this Court on Respondent's unopposed motion for a 60-day extension of time to file his response to Petitioner Joe E. Hudson's First-Amended Petition. (ECF No. 20.) This is Respondent's first request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 20) is granted. Respondent has up to and including August 7, 2026, to file his response.

DATED THIS 12th day of June 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1