UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOE E. HUDSON,<br>Petitioner,<br>v.<br>JEREMY BEAN,<br>Respondent. | Case No. 3:23-cv-00080-ART-CSD<br>ORDER |

This habeas matter is before this Court on Respondent's unopposed motion for a 45-day extension of time to file his response to Petitioner Joe E. Hudson's First-Amended Petition. (ECF No. 22.) This is Respondent's second request for an extension of this deadline. This Court finds good cause to grant the motion.

It is therefore ordered that the motion for an extension of time (ECF No. 22) is granted. Respondent has up to and including September 21, 2026, to file his response.

DATED THIS 11th day of August 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE