UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOE E. HUDSON,

Petitioner,

v.

JEREMY BEAN,

Respondent.

Case No. 3:23-cv-00080-ART-CSD

ORDER

This matter is before the Court on Petitioner Joe E. Hudson's unopposed motion for a 60-day extension of time to file his opposition to the motion to dismiss. (ECF No. 44 ("Extension Motion").) This is Hudson's first request for an extension of this deadline. This Court finds good cause to grant the request.

Also before the Court is Respondent's motion to seal 4 exhibits: a PSI, a supplemental PSI, a second supplemental PSI, and third supplemental PSI. (ECF No. 41 ("Motion to Seal").) Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records.

It is therefore ordered that the Extension Motion (ECF No. 44) is granted. Hudson has up to and including January 11, 2027, to file his opposition.

It is further ordered that the Motion to Seal (ECF No. 41) is granted. Exhibits 32, 36, 108, and 113 (ECF Nos. 42-1 through 42-4) are considered properly filed under seal.

DATED THIS 10th day of November 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE